UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| EDDIE RAY TINNIN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 1:21-CV-147-DCLC-CHS |
| TONY PARKER and SHAWN PHILLIPS, | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

2. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*, *see* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

                                              s/Clifton L. Corker
                                              United States District Judge

ENTERED AS A JUDGMENT

   s/LeAnna Wilson
     CLERK OF COURT